# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

NOEL VINCENT THOMAS,

Appellant,

v.

ALABAMA LAW ENFORCEMENT AGENCY; DRIVERS LICENSE
DIVISION; CHIEF DEENA L. PREGNO; DIRECTOR CHARLES
WARD; SECRETARY HAL TAYLOR; MIKE STACY; AND
STEPHANIE D. DUHART,

Appellees.

No. 2D2025-0897
_____

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Emily A.
Peacock, Judge.

Noel Vincent Thomas, pro se.

D. Michelle Cone of Alabama Law Enforcement Agency, Legal Division,
Alabama, for Appellees Alabama Law Enforcement Agency, Deena L.
Pregno, Charles Ward and Hal Ward.

No appearance for remaining Appellees.

PER CURIAM.

    Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.